UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GANET ROZARIO,

Defendant.

**SEALED INDICTMENT**

24 Cr.

**24 CRIM 185**

## COUNT ONE
### (Foreign Murder of a United States National)

The Grand Jury charges:

1. On or about June 11, 2021, in Bangladesh, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, GANET ROZARIO, the defendant, whose last known residence is in the Southern District of New York, and who is expected to be arrested in the Southern District of New York, being a national of the United States as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, Section 1101(a)(22), with malice aforethought, unlawfully killed Michael Rozario, another national of the United States, while Michael Rozario was outside the United States and within the jurisdiction of another country.

(Title 18, United States Code, Sections 1119(b), 1111, and 3238.)

## COUNT TWO
### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

2.   On or about June 15, 2021, in Bangladesh, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, GANET ROZARIO, the defendant, whose last known residence is in the Southern District of New York, and who is expected to be arrested in the Southern District of New York, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the foreign murder of a United States national, Michael Rozario, charged in Count One of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, which was discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (iii), and 3238.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

_____
HOPE S. OLDS
Chief, Human Rights and Special
Prosecutions Section
Criminal Division
U.S. Department of Justice