UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

GANET ROZARIO,

             Defendant.

------------------------------------x

ORDER

24 Crim. 185 (GBD)

GEORGE B. DANIELS, United States District Judge:

    An initial conference for this case is hereby scheduled for April 25, 2024 at 10:00 a.m.

Dated: April 4, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge