# GOTLIB LAW

April 28, 2025

***Via* ECF**

SO ORDERED:
George B. Daniels
George B. Daniels, U.S.D.J.
Dated: APR 3 0 2025

The Honorable George B. Daniels
United States District Court Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ganet Rozario,* 24 Cr. 185 (GBD)

Dear Judge Daniels:

I represent Ganet Rozario in the above-captioned matter pursuant to the Criminal Justice Act. I write to respectfully request that the Court authorize me to submit interim vouchers. As a sole practitioner, given the amount of time I have dedicated to this matter to date and anticipate dedicating to it in the future, having to wait until the completion of the matter to file a voucher would be a financial hardship. Accordingly, I respectfully request that the Court authorize me to submit interim vouchers in this matter. I thank the Court for its consideration.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc: All counsel of record (*via* ECF)

Gotlib Law, PLLC
20 Vesey Street | Suite 400| New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com

Page appears blank except for header.

